# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| MARKIS J. REVLAND | |

Case Number: CR 02-4025-1-DEO
USM Number: 02431-029

R. Conrad Douglas
Defendant's Attorney

**THE DEFENDANT:**

■ admitted guilt to violation(s)  5 a-d, 6 a-c, 7 a-b, 8, and 14 a-b  of the term of supervision.

☐ was found in violation of _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 5 a-d | Failure to Follow Instructions of USPO | April 15, 2013 |
| 6 a-c | Failure to Truthfully Answer Inquiries | April 15, 2013 |
| 7 a-b | Failure to Report to USPO | April 15, 2013 |
| 8 | Failure to Comply with Alcohol Testing | April 15, 2013 |
| 14 a-b | Possession of a Computer/Internet | April 15, 2013 |

The defendant is sentenced as provided in pages 2 through __5__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant was not found in violation of _____ and is discharged as to such violation(s).

■ The Court did not make a finding regarding violation(s)  1 a-d, 2 a-e, 3, 4, 9 a-c, 10, 11 a-b, 12, 13, and 15 a-b .

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

November 6, 2013
Date of Imposition of Judgment

*Donald E. O'Brien*
Signature of Judge

Donald E. O'Brien, Senior U.S. District Judge
Name and Title of Judge

November 7, 2013
Date

DEFENDANT: MARKIS J. REVLAND
CASE NUMBER: CR 02-4025-1-DEO

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **19 months, with credit for time served in custody since April 15, 2013 (approximately 205 days).**

■ The court makes the following recommendations to the Bureau of Prisons:

**Court recommends the defendant be held in an Iowa county facility, either O'Brien County Jail or Lyon County Jail. If the defendant is placed in a BOP facility, the Court recommends it be a BOP facility with a treatment program for both pornography addiction and substance abuse addiction, as close to Iowa as possible, preferably Rochester, Minnesota.**

■ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2:00 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: MARKIS J. REVLAND
CASE NUMBER: CR 02-4025-1-DEO

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of: **17 months.**

    The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

    The defendant shall not commit another federal, state, or local crime.

    The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as determined by the Court.

- ☐ The above drug testing condition is suspended, based on the Court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)
- ☒ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)
- ☒ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)
- ☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)
- ☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

    If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

    The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the Court or probation officer;
2) the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any persons convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the Court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: MARKIS J. REVLAND
CASE NUMBER: CR 02-4025-1-DEO

## SPECIAL CONDITIONS OF SUPERVISION

1. If the defendant is granted possession of a computer/Internet by the probation officer he shall (i) consent to the probation officer and/or probation service representative conducting periodic unannounced examinations of the defendant's computer(s) equipment, retrieval and copying of all data and any internal or external peripherals and/or removal of such equipment thorough inspection; and (ii) consent at the direction of the probation officer to have installed any hardware or software systems to monitor the defendant's computer use.

2. The defendant shall have no contact with the victim (including letters, communication devices, audio or visual devices, visits, or any contact through a third party) without prior written consent of the probation officer.

3. The defendant shall not associate with children under the age of 18 except in the presence of a responsible adult who is aware of the nature of the defendant's background and current offense and who has been approved by the probation officer.

4. The defendant is prohibited from places where minor children under the age of 18 congregate, such as residences, parks, playgrounds, and schools.

5. The defendant shall neither use any form of pornography or erotica nor enter any establishment where pornography or erotica can be obtained or viewed.

6. The defendant shall register with state and local authorities as a convicted sex offender.

7. The defendant must participate in and successfully complete a program of testing and treatment for substance abuse.

8. The defendant must be placed on electronic monitoring, which includes the Global Positioning Satellite System (GPS). The U.S. Probation office will pay for costs associated with electronic monitoring and shall continue to pay even if the defendant gets a job, unless otherwise cleared by this Court.

9. The defendant will submit to a search of his person, residence, adjacent structures, office or vehicle, conducted by a U.S. Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation. This condition may be invoked with or without the assistance of law enforcement, including the U.S. Marshals Service.

10. The defendant must participate in a mental health evaluation and/or treatment program. This may include participation in a sex offender treatment program or any such similar program offered in your approved district of residence. He must take all medications prescribed to him by a licensed psychiatrist or physician.

11. The defendant must not use the Internet to view any form of pornography or child erotica via the World Wide Web, a commercial gateway, an Internet Service Provider, Internet Relay Chat channels, or any Internet Protocol address.

DEFENDANT: **MARKIS J. REVLAND**
CASE NUMBER: **CR 02-4025-1-DEO**

12. If the U.S. Post Office delivers mail to the defendant's physical residence, he must not open or maintain a post office box and all his mail shall be received at his residence, unless approved by the probation officer. You must also not rent or maintain any storage unit or device, unless approved by the probation officer.

13. The defendant shall submit to alcohol testing when requested by his supervising probation officer, but that such testing shall be done in a way that does not interfere with defendant's employment obligations.

14. The defendant is permitted to go to establishments that serve alcohol so long as he is not consuming alcohol and so long as the establishment is not within a restricted area outlined in the map previously provided by his probation officer.

15. Immediately following release from imprisonment, you must reside in a Residential Reentry Center for a period of up to 180 days. This placement must be in the pre-release component with work release privileges. While a resident of the Residential Reentry Center, you must abide by all rules and regulations of the facility. You must report to the Residential Reentry Center at a time and date to be determined by the Bureau of Prisons, the Residential Reentry Center, and the U.S. Probation Office.

Upon a finding of a violation of supervision, I understand the Court may: (1) revoke supervision; (2) extend the term of supervision; and/or (3) modify the condition(s) of supervision. These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

_____     _____
Defendant                        Date

_____     _____
U.S. Probation Officer/Designated Witness     Date